SIDNEY H. WEINBERG, Respondent, v. SAMUEL GOLDINGER, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

NATHAN WITTENBERG, Respondent, v. THE COLUMBIA FIRE INSURANCE COMPANY OF DAYTON, OHIO, Appellant. NATHAN WITTENBERG and JOHN WATTS, Respondents, v. THE HOME INSURANCE COMPANY and Others, Appellants.— Judgments unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

In the Matter of the Application of DAVID MCHENRY WILLIFORD for Admission to the Bar. (From the State of North Carolina.) — Application granted. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

LOUIS ALTMAN, Respondent, v. SCHOLL MANUFACTURING COMPANY, INC., Appellant.— Judgment affirmed, with costs. No opinion. Lazansky, P. J., Young, Kapper and Carswell, JJ., concur; Davis, J., votes to reverse and to grant a new trial on the ground that the verdict does not represent the true amount of damages, for the plaintiff has not shown a deduction of his expenses from his gross commissions, as it was incumbent upon him to do.

RAE BALLAS, Appellant, v. PALODAR REALTY Co., INC., Defendant, and PAUL SIEGLER, Respondent.— Order setting aside the verdict and granting a new trial affirmed, with costs. Lazansky, P. J., Young, Kapper and Carswell, JJ., concur; Davis, J.: I dissent on the question of costs. Costs in this type of appeal being discretionary with this court under section 1491 of the Civil Practice Act, I think that discretion should be exercised to allow costs to respondent to abide the event, rather than impose a heavy burden on the plaintiff which may result in denial of right to a new trial. Otherwise I concur.

BETTY BITTNER, an Infant, by EMIL BITTNER, Her Guardian ad Litem, and EMIL BITTNER, Appellants, v. RUSSELL T. GARDNER and WHIP-POOR-WILL CAMP, INC., Respondents.— Order granting defendants' motion for a change of venue affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ., concur.

A. IRVING BOYER, Respondent, v. HELEN W. NAUGHTON and JOSEPH NAUGHTON, Appellants.— Order modified by disallowing the examination as to the defendant Helen W. Naughton, on the ground that it is not shown by the moving papers that she had knowledge on the subject of the accident; and that the first and third items of examination contained in the order be struck out; and as so modified the order is affirmed, without costs. The examination to the extent granted herein is to proceed on five days' notice. Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ., concur.